UNITED STATES DISTRICT COURT OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10161-NG

|  |  |
|---|---|
| SCOTT MCDONALD,<br>    Plaintiff<br>v.<br><br>S.G. MARINO CRANE SERVICE<br>CORPORATION AND WASHINGTON<br>GROUP INTERNATIONAL, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, S.G. Marino Crane Service Corporation, in the above-captioned action.

                        Respectfully submitted,
                        Attorney for the Defendant,
                        S.G. Marino Crane Service Corporation,

                        _____
                        John F. Leahy, Jr.
                        BBO # 289860
                        Long & Houlden
                        100 Summer Street, 11th Floor
                        Boston, MA  02110
                        (617) 439-4777

DATE: 4-7-06