COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                              SUPERIOR COURT
                                          C.A. NO.: NOCV2004-01710-B

SCOTT MCDONALD                      )
      Plaintiff                     )
                                    )
v.                                  )
                                    )
S.G. MARINO CRANE SERVICE           )
CORPORATION AND WASHINGTON          )
GROUP INTERNATIONAL, INC.           )
      Defendants                    )

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Now comes the defendant, Washington Group International, Inc., pursuant to it obligations under Rule 7.3 of the local rules for the District of Massachusetts and states as follows:

1. Washington Group International, Inc. (Ohio) is a wholly-owned subsidiary of Washington Group International, Inc. (Delaware).

2. Washington Group International, Inc. (Ohio) has a principal place of business at P.O. Box 73, Boise, Idaho 83729.

3. Washington Group International, Inc. (Delaware) has a principal place of business at P.O. Box 73, Boise, Idaho.

```
                              THE DEFENDANT,
                              WASHINGTON GROUP INTERNATIONAL,
                              INC.,
                              BY ITS ATTORNEY,


Date: 1/26/05                 /s/ Anthony M. Campo
                              _____
                              Anthony M. Campo/BBO# 552093
                              Boyle, Morrissey & Campo, P.C.
                              695 Atlantic Avenue
                              Boston, MA 02111
                              (617) 451-2000
                              FAX: (617) 451-5775
```