UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV10161-NG

SCOTT MCDONALD )
    Plaintiff )
)
v. )
)
S.G. MARINO CRANE SERVICE )
CORPORATION AND WASHINGTON )
GROUP INTERNATIONAL, INC. )
    Defendants )

**DEFENDANT, WASHINGTON GROUP INTERNATIONAL, INC.'S, ANSWER TO CROSS-CLAIM OF THE DEFENDANT, S.G. MARINO CRANE SERVICE CORPORATION**

FIRST DEFENSE

The Defendant, Washington Group International, Inc., answers the separately numbered paragraphs of the cross-claims as follows:

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant denies the allegations contained in this paragraph.

3. The defendant denies the allegations contained in this paragraph.

4. The defendant denies the allegations contained in this paragraph.

**COUNT I**
**(Breach of Contract)**

5. The defendant's answers to paragraphs 1 through 4 are repeated, reasserted and incorporated herein by reference.

6. The defendant denies the allegations contained in this paragraph.

7. The defendant denies the allegations contained in this paragraph.

## COUNT II
### (Indemnification)

8. The defendant's answers to paragraphs 1 through 7 are repeated, reasserted and incorporated herein by reference.

9. The defendant denies the allegations contained in this paragraph.

10. The defendant denies the allegations contained in this paragraph.

## COUNT III
### (Contribution)

11. The defendant's answers to paragraphs 1 through 10 are repeated, reasserted and incorporated herein by reference.

12. The defendant denies the allegations contained in this paragraph.

### SECOND DEFENSE

This action is barred by operation of the applicable statute of limitations.

### THIRD DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted and, therefore, the Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6).

## FOURTH DEFENSE

The Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(4) for insufficiency of process.

## FIFTH DEFENSE

The Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(5) for insufficiency of service of process.

THE DEFENDANT DEMANDS A TRIAL BY JURY.

WHEREFORE, the Defendant demands that this action be dismissed and that judgment enter in the Defendant's favor together with costs.

Date: 4/26/05

THE DEFENDANT,
WASHINGTON GROUP INTERNATIONAL, INC.,
BY ITS ATTORNEY,

_____
Anthony M. Campo, BBO# 552093
Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, Esq., do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for the Plaintiff**
George F. Miller, Esq.
Law Office of George F. Miller, P.C.
53 South Main St.
Randolph, MA 02368

**Counsel for S.G. Marino Crane Service Corporation**
John F. Leahy, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF April, 2005.

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775