COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                         SUPERIOR COURT
                                     C.A. NO.: NOCV2004-01710-B

SCOTT MCDONALD )
    Plaintiff )
)
v. )
)
S.G. MARINO CRANE SERVICE )
CORPORATION AND WASHINGTON )      05cv10161
GROUP INTERNATIONAL, INC. )
    Defendants )

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Washington Group International, Inc., in the above captioned action.

                    THE DEFENDANT,
                    WASHINGTON GROUP INTERNATIONAL, INC.,
                    BY ITS ATTORNEY,

DATED: 4/29/05

                    Michael P. Johnson, BBO# 641827
                    Boyle, Morrissey & Campo, P.C.
                    695 Atlantic Avenue
                    Boston, MA 02111
                    (617) 451-2000
                    FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Michael P. Johnson, Esq., do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for the Plaintiff**
George F. Miller, Esq.
Law Office of George F. Miller, P.C.
53 South Main St.
Randolph, MA 02368

**Counsel for S.G. Marino Crane Service Corporation**
John F. Leahy, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF April, 2005.

Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775