UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10161-NG

SCOTT MCDONALD,
    Plaintiff
v.

S.G. MARINO CRANE SERVICE
CORPORATION AND WASHINGTON
GROUP INTERNATIONAL, INC.,
    Defendants

**ANSWER OF THE DEFENDANT, S.G. MARINO CRANE SERVICE CORPORATION, TO THE CO-DEFENDANT, WASHINGTON GROUP INTERNATIONAL, INC.'S CROSS-CLAIM**

Now comes the Defendant, S.G. Marino Crane Service Corporation (hereinafter S.G. Marino), denying each and every allegation of the Co-Defendant, Washington Group International, Inc.'s Cross-Claim, unless specifically admitted, and answers the Co-Defendant's Cross-Claim as follows:

**PARTIES**

1. As to paragraph 1, the Defendant, S.G. Marino, denies the allegations therein.

2. As to paragraph 2, the Defendant, S.G. Marino, denies the allegations therein.

3. As to paragraph 3, the Defendant, S.G. Marino, denies the allegations therein.

4. As to paragraph 4, the Defendant, S.G. Marino, denies the allegations therein.

WHEREFORE, The Defendant, S.G. Marino, demands that Co-Defendant's Cross-claim be dismissed or in the alternative that judgment enter in favor of said Defendant, S.G. Marino, together with interest, costs, disbursements and attorney's fees or such other relief as this Honorable Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Defendant, S.G. Marino, states that Washington Group International, Inc.'s Cross-Claim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Defendant, S.G. Marino, states that this action has not been commenced within the time provided by the General Laws of the Commonwealth of Massachusetts.

### THIRD DEFENSE

The Defendant, S.G. Marino, states that the Plaintiff's Complaint must be dismissed as there has been untimely and/or improper process.

### FOURTH DEFENSE

The Defendant, S.G. Marino, states that the Plaintiff's Complaint must be dismissed as there has been untimely and/or improper service of process.

### FIFTH DEFENSE

The Defendant, S.G. Marino, states that the Plaintiff, McDonald's, negligence was greater than that, if any, of the defendants, and the Plaintiff is thereby barred from recovery under G.L. Chapter 231, Section 85, as amended.

### SIXTH DEFENSE

The Defendant, S.G. Marino, states that if the Plaintiff, McDonald, sustained damages as alleged in the Plaintiff's Complaint, such damages were caused by a third person over whom the Defendant, S.G. Marino, exercised no control, and for whom the Defendant, S.G. Marino, is and was not responsible.

### SEVENTH DEFENSE

The Defendant, S.G. Marino, states that if the Plaintiff, McDonald, sustained damages as alleged in the Plaintiff's Complaint, such damages were caused by the intervening and superseding acts of a third person, which

acts the Defendant, S.G. Marino, did not and reasonably could not foresee.

The Defendant, S.G. Marino, reserves the right to raise such additional affirmative defenses that become known and/or available during the course of this litigation.

### JURY DEMAND

The Defendant, S.G. Marino Crane Service Corporation (S.G. Marino), claims a trial by jury in the United States District Court for the District of Massachusetts on all issues raised by this case.

Respectfully submitted,
The Defendant, S.G. Marino,
By counsel,

_____
John F. Leahy, Jr.
BBO # 289860
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
(617) 439-4777

Date: 5-05-05

**CERTIFICATE OF SERVICE**

I, John F. Leahy, Jr., Attorney for the Defendant, Marino Crane Service Corporation, hereby certify that on this ___5-th___ day of May, 2005, I have served a copy of the following document:

1. ANSWER OF THE DEFENDANT, S.G. MARINO CRANE SERVICE CORPORATION, TO THE CO-DEFENDANT, WASHINGTON GROUP INTERNATIONAL, INC.'S CROSS-CLAIM

by mailing a copy of the same first-class mail, postage prepaid, to the following counsel of record:

George F. Miller, Esq.
Law Office of George F. Miller, P.C.
53 South Main Street
Randolph, MA 02368

Anthony M. Campo, Esq.
Michael P. Johnson, Esq.
Boyle, Morrissey & Campo, PC
695 Atlantic Ave.
Boston, MA 02111

John F. Leahy, Jr.
BBO # 289860
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
(617) 439-4777