UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV10161-NG

---
SCOTT MCDONALD          )
    Plaintiff           )
                        )
                        )
v.                      )
                        )
S.G. MARINO CRANE SERVICE        )
CORPORATION AND WASHINGTON GROUP )
INTERNATIONAL, INC.,             )
    Defendants          )
---

## JOINT SCHEDULING STATEMENT

NOW COME the parties in the above-captioned action by and through their undersigned counsel, after conference pursuant to Local Rule 16.1 (B) of the United States District Court, District of Massachusetts, hereby file this proposed joint scheduling statement.

**I.   DISCOVERY**

The parties propose the following discovery plan:

A.   All discovery and factual depositions to be completed by July 31, 2006.

B.   Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before August 25, 2006.

C.   Defendants' designation of experts and disclosure

of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before September 29, 2006.

    D.    All expert depositions to be completed by November 17, 2006.

    E.    Final pretrial conference to be scheduled after December 11, 2006.

## II. MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule:

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before May 5, 2006.

    B.    Dispositive motions and oppositions filed with the court by October 30, 2006.

## III. CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their certificates of compliance.

## IV. TRIAL BY MAGISTRATE JUDGE

The parties consent to trial by Magistrate.

V.  **SETTLEMENT**

There has been no demand made by the plaintiff post suit.

**WHEREFORE**, the parties pray that the Honorable Court approve the above-proposed schedule.

RESPECTFULLY SUBMITTED:

| THE PLAINTIFF,<br>BY HIS ATTORNEY, | THE DEFENDANT,<br>WASHINGTON GROUP<br>INTERNATIONAL, INC.<br>BY ITS ATTORNEYS, |
|---|---|
| /s/ George F. Miller<br>George F. Miller<br>BBO# 555163<br>53 South Main Street<br>Randolph, MA 02368<br>(781) 986-0069 | Anthony M. Campo, BBO# 552093<br>Michael P. Johnson, BBO# 641827<br>Boyle, Morrissey & Campo, P.C.<br>695 Atlantic Ave.<br>Boston, MA 02111<br>(617) 451-2000<br>FAX: (617) 451-5775 |

DEFENDANT,
S.G. MARINO,
BY ITS ATTORNEY,

/s/ John F. Leahy
John F. Leahy, Jr.
BBO# 289860
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA 02110

4862\PLEAD\rpd to pltf