UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   05-CV10161-NG

```
                                    )
SCOTT MCDONALD,                     )
      Plaintiff                     )
v.                                  )
                                    )
S.G. MARINO CRANE SERVICE           )
CORPORATION AND WASHINGTON          )
GROUP INTERNATIONAL, INC.,          )
      Defendants                    )
                                    )
```

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, S.G. Marino Crane Service Corporation, in the above-entitled action.

Respectfully submitted,

Thomas M. Franco
BBO# 550596
Long & Leahy
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on January 11, 2006.

DATE: 1/11/06