UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10161-NG

SCOTT MCDONALD, )
    Plaintiff )
v. )
)
S.G. MARINO CRANE SERVICE )
CORPORATION AND WASHINGTON )
GROUP INTERNATIONAL, INC., )
    Defendants )

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance on behalf of the defendant, S.G. Marino Crane Service Corporation, in the above-entitled action.

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon each attorney of record by mail on January 11, 2006. | Respectfully submitted,<br><br>_John F. Leahy, Jr. (PWF)_<br>John F. Leahy, Jr.<br>BBO# 289860<br>Long & Leahy<br>100 Summer Street, 11 FL<br>Boston, MA 02110<br>(617) 439-4777 |