UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10161-NG

| | |
|---|---|
| SCOTT MCDONALD,<br>Plaintiff<br><br>v.<br><br>S.G. MARINO CRANE SERVICE<br>CORPORATION AND WASHINGTON<br>GROUP INTERNATIONAL, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

Defendant, S.G. Marino Crane Service Corporation, and its counsel, Thomas M. Franco, hereby certify and affirm that they have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Thomas M. Franco
BBO# 550596
Long & Leahy
100 Summer Street, 11th Floor
Boston, MA   02110
Telephone (617) 439-4777

S.G. Marino Crane Service Corporation
by:

Lawrence Marino, Co-Director,
S.G. Marino Crane Service Corporation

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on January ___, 2006.