UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV10161-NG

| | |
|---|---|
| SCOTT MCDONALD<br>    Plaintiff<br><br>v.<br><br>S.G. MARINO CRANE SERVICE<br>CORPORATION AND WASHINGTON GROUP<br>INTERNATIONAL, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION**

Defendant, Washington Group International, Inc., and its counsel, Michael P. Johnson, hereby certify and affirm that they have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: 1/13/06

*/s/ Michael P. Johnson*
Anthony M. Campo, BBO# 552093
Michael P. Johnson, BBO# 641827
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

*/s/ Daniel R Rayko*
Washington Group International, Inc.