# United States District Court
# District of Massachusetts

SCOTT MCDONALD,
    Plaintiff,

v.                                  CIVIL ACTION NO. 05-10161-RBC

S. G. MARINE CRANE SERVICE
    CORPORATION,
WASHINGTON GROUP
    INTERNATIONAL, INC.,
    Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Responses, answers and/or objections to all previously-served written discovery shall be served *on or before the close of business on Tuesday, April 18, 2006.*

(2)    All other set(s) of interrogatories and requests for production of

documents must be served *on or before the close of business on Tuesday, April 18, 2006;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(2)    Any amendments to pleadings shall be filed and served *on or before the close of business on Friday, May 5, 2006.*

(3)    All other non-expert discovery shall be filed and/or served *on or before the close of business on Friday, August 25, 2006* and COMPLETED *on or before the close of business on Friday, September 29, 2006.*

(4)    The plaintiffs shall serve a full and complete expert report *on or before the close of business on Wednesday, October 25, 2006;* the defendants shall serve full and complete expert reports *on or before the close of business on Wednesday, November 29, 2006.*

(3)    Expert depositions shall be COMPLETED *on or before the close of business on Wednesday, January 17, 2007.*

(4)    Counsel shall report for a Status Conference on *Wednesday, October 4, 2006 at 2:15 P.M.*   At said conference, counsel shall be prepared to discuss whether the case should be referred to mediation.  Also, counsel shall be

prepared to discuss in detail any contemplated dispositive motions.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 21, 2006.