**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 15.1**

I, Thomas M. Franco, Attorney for the Defendant, S.G. Marino Crane Service Corporation, hereby certify that on the 24th day of April, 2006, I served a copy of the following document:

DEFENDANT S.G. MARINO CRANE SERVICE CORPORATION'S MOTION TO IMPLEAD A THIRD PARTY DEFENDANT

together with a separate document stating the date on which the motion was to be filed, by mailing a copy of the same first class mail, postage prepaid, to the following:

Corporate Officer
Fluor Corporation
One Enterprise Drive
Aliso Viejo, CA 92656-2606

Corporate Officer
Duke Energy Corporation
526 South Church Street
Charlotte, NC 28202-1904

Corporate Officer
Duke/Fluor Daniel
400 South Trynon Street
Charlotte, NC 28285

George F. Miller, Esq.
53 South Main Street
Randolph, MA 02368

Anthony M. Campo, Esq.
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111

_____
Thomas M. Franco, Esq.
LONG & LEAHY
100 Summer Street, 11th Floor
Boston, MA 02110
(617) 439-4777
BBO#: 550596

DATE: May 5, 2006