UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| S.G. MARINO CRANE SERVICE CORPORATION and WASHINGTON GROUP INTERNATIONAL, INC., | ) ) ) ) ) |
| Defendants. | ) ) |
| S.G. MARINO CRANE SERVICE CORPORATION, | ) ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| Duke/Fluor Daniel | ) ) |
| Defendant. | ) ) |

**THIRD PARTY DEFENDANT DUKE/FLUOR DANIEL'S MOTION TO DISMISS**

Now comes Third Party Defendant Duke/Fluor Daniel and moves this Honorable Court, pursuant to F.R.C.P. Rule 12(b)(5), to dismiss the Third Party Complaint of S.G. Marino Crane Service Corporation.[1] S.G. Marino Crane Service Corporation has failed to serve Duke/Fluor Daniel in accordance with F.R.C.P. Rule 4 et seq. and M.G.L. c. 2234A, Section 6. The service was made via certified mail upon Fluor Corporation, to an unnamed "corporate officer," and not upon Duke/Fluor Daniel. Further, Fluor

---

[1] Duke/Fluor Daniel makes this special appearance to challenge the sufficiency of process by way of this motion to dismiss and does not waive any rights with respect to service of process, personal jurisdiction or other legal or factual defenses to the Third Party Complaint.

Corporation is not a partner of the Duke/Fluor Daniel partnership. Fluor Corporation is a properly maintained, separate corporate identity, than that of Duke/Fluor Daniel. In support of this motion, Third Party Defendant submits a memorandum of law.

WHEREFORE, Duke/Fluor Daniel requests that the Third Party Complaint be dismissed.

Respectfully submitted this 21st day of July 2006.

Duke/Fluor Daniel
By its counsel,

Andrew J. Tine
BBO#633639
Law Offices of Andrew J. Tine
345 Thames Street, 301N
Bristol, RI 02809
401-396-9002
atine@tinelaw.com