UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, <br>     Plaintiff, <br><br> v. <br><br> S.G. MARINO CRANE SERVICE CORPORATION and WASHINGTON GROUP INTERNATIONAL, INC., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| S.G. MARINO CRANE SERVICE CORPORATION, <br>     Third Party Plaintiff, <br><br> v. <br><br> Duke/Fluor Daniel <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Andrew J. Tine of 345 Thames Street, Bristol, RI, 02809 on behalf of Duke/Fluor Daniel in the above referenced matter.[1]

                                          Duke/Fluor Daniel
                                          By its counsel,

                                          Andrew J. Tine, BBO#633639
                                          Law Offices of Andrew J. Tine
                                          345 Thames Street, 301N
                                          Bristol, RI 02809
                                          401-396-9002
                                          atine@tinelaw.com

---

[1] Duke/Fluor Daniel makes this special appearance to challenge the sufficiency of process by way of a motion to dismiss and does not waive any rights with respect to service of process, personal jurisdiction or other legal or factual defenses to the Third Party Complaint.