UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES


C.A. NO.: 05-10161-RBC

*****************************************
SCOTT MCDONALD,
         Plaintiff,

v.

S.G. MARINO CRANE SERVICE
CORPORATION and WASHINGTON GROUP
INTERNATIONAL, INC.,
         Defendants,

_____

S.G. MARINO CRANE SERVICE
CORPORATION,
      Third-Party Plaintiff,

v.

DUKE/FLUOR DANIEL,
      Third-Party Defendant.

*****************************************

**ASSENTED TO MOTION OF THE DEFENDANT/THIRD-PARTY PLAINTIFF S.G. MARINO CRANE SERVICE CORPORATION TO EXTEND THE TIME FOR FILING AN OPPOSITION TO THIRD-PARTY DEFENDANT DUKE/FLUOR DANIEL'S MOTION TO DISMISS**

The Defendant/Third-Party Plaintiff S.G. Marino Crane Service Corporation ("Marino") respectfully moves to extend the time for filing an Opposition to Third-Party Defendant Duke/Fluor Daniel's Motion to Dismiss to August 11, 2006.

In support of this motion, Marino states that, due to scheduling issues, it needs additional time to respond to Duke/Fluor Daniel's Motion to Dismiss. Further, the allowance of this motion will serve the best interests of justice and will not prejudice the substantive rights of any party. Given the

subject matter of this motion, a separate memorandum of law is not required.

Finally, the third party defendant Duke/Fluor Daniel assents to the allowance of this Motion.

WHEREFORE, the Defendant/Third-Party Plaintiff S.G. Marino Crane Service Corporation requests that its motion be granted and that it be allowed to file its opposition to the motion to dismiss on or before August 11, 2006.

Respectfully submitted,
The Defendant/Third-Party Plaintiff,
S.G. Marino Crane Service Corporation,
By counsel,

Thomas M. Franco
BBO # 550596
Long & Leahy
100 Summer Street, 11th Floor
Boston, MA  02110
Telephone: (617) 439-4777

Dated: 7/4/06

ASSENTED TO:

The Third Party Defendant,
Duke/Fluor Daniel,
By counsel,

Andrew J. Tine, Esq. (TMF)
BBO # 633639
Law Offices of Andrew J. Tine
345 Thames Street, 301N
Bristol, RI 02809
Telephone:  (401)396-9002

Dated: 8/4/06

I hereby certify that a true copy of the above document was filed through the ECF system on August 4, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).