# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| S.G. MARINO CRANE SERVICE | ) |
| CORPORATION and WASHINGTON | ) |
| GROUP INTERNATIONAL, INC., | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| S.G. MARINO CRANE SERVICE | ) |
| CORPORATION, | ) |
| | ) |
|     Third Party Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| Duke/Fluor Daniel | ) |
| | ) |
|     Defendant. | ) |

## THIRD PARTY DEFENDANT DUKE/FLUOR DANIEL'S MOTION TO DISMISS

Now comes Third Party Defendant Duke/Fluor Daniel and moves this Honorable

Court, pursuant to F.R.C.P. Rule 12(b)(1), (3) and (6), to dismiss the Third Party

Complaint of S.G. Marino Crane Service Corporation. S.G. Marino Crane Service

Corporation brings this third party action based upon a rental agreement it entered into

with "Duke/Fluor Daniel Agent for Raytheon." Duke/Fluor Daniel was acting as an

agent for a disclosed principal, Raytheon, and cannot be held separately liable for alleged

maintenance concerns with the rental equipment. Also, the subject rental agreement

requires that actions based on same be brought in the State of Connecticut. This court lacks jurisdiction over this third party action. In support of this motion, Third Party Defendant submits a memorandum of law.

WHEREFORE, Third Party Defendant, Duke/Fluor Daniel, requests that the Third Party Complaint be dismissed.

Respectfully submitted this 28th day of August 2006.

Duke/Fluor Daniel
By its counsel,

Andrew J. Tine
BBO#633639
Law Offices of Andrew J. Tine
345 Thames Street, 301N
Bristol, RI 02809
401-396-9002
atine@tinelaw.com

## CERTIFICATE OF CONSULTATION

I, Andrew J. Tine, hereby certify that I conferred in good faith with Tom Franco, Esq., attorney for Third Party Plaintiff, in an effort to come to a resolution of this motion. The parties could not come to an agreement regarding same.