# United States District Court

──────────── DISTRICT OF ──────────── MASSACHUSETTS

**PLAINTIFF**

Scott McDonald

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Washington Group International, Inc. and
S.G. Marino Crane Service Corporation

**CASE NUMBER:**

**05 CA 10.161-RBC**

V. THIRD PARTY DEFENDANT

Duke/Fluor Daniel

TO: (Name and address of Third Party defendant)

Fluor Daniel Illinois, Inc. as General Partner of Duke/Fluor Daniel
c/o its registered agent, Corporation Service Company
84 State Street, Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) | |
|---|---|---|
| George F. Miller, Esq.<br>53 South Main Street<br>Randolph, MA 02368 | Thomas M. Franco, Esq.<br>Attorney for S.G. Marino<br>Crane Service Corporation<br>Long & Leahy<br>100 Summer Street, 11th Fl.<br>Boston, MA 02110 | Michael P. Johnson, Esq.<br>Attorney for Washington<br>Group International, Inc.<br>Boyle, Morrissey &<br>Campo, P.C.<br>695 Atlantic Avenue<br>Boston, MA 02111 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

AUG 09 2006
DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                          Signature of Server

                                          Address of Server

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

Suffolk, August 25, 2006

I hereby certify and return that on 8/21/2006 at 4:10PM I served a true and attested copy of the 3rd Party Summons, 3rd Party Complaint and Complaint in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, Process Clerk, agent and person in charge at the time of service for Fluor Daniel Illinois, Inc. as General Partner of Duke/Fluor Daniel, 84 State Street, c/o Corporation Service Company Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                                   *John Cotter*
                                                                Deputy Sheriff

(1)