UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10161-RBC

SCOTT McDONALD,           )
    Plaintiff        )
                 )
      v.            )    **NOTICE OF APPEARANCE**
                 )
S.G. MARINO CRANE SERVICE )
CORPORATION,and WASHINGTON)
GROUP INTERNATIONAL, INC.,)
    Defendants        )

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark F. Itzkowitz, Esquire,

as Attorney for the Plaintiff, Scott McDonald, in the above

entitled action.

By his Attorney,


_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617)  227-1848
September 19, 2006

## CERTIFICATE OF SERVICE

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

Thomas M. Franco, Esquire
Long & Leahy
100 Summer Street
11th Floor
Boston, MA 02110;

Anthony M. Campo, Esquire
Michael P. Johnson, Esquire
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Suite 300
Boston, MA 02116;

Andrew J. Tine, Esquire
Law Offices of Andrew J. Tine
345 Thames Street
Suite 301N
Bristol, RI   02809; and

George F. Miller, Esquire
Law Office of George F. Miller
53 South Main Street
Randolph, MA   02368.

 /s/ Mark F. Itzkowitz
MARK F. ITZKOWITZ (BBO #248130)

Dated:  September 19, 2006