```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                              Civil Action No. 05-CV-10161-RBC

SCOTT McDONALD,            )
     Plaintiff             )
                           )
       v.                  )
                           )
S.G. MARINO CRANE SERVICE  )   JOINT MOTION TO EXTEND
CORPORATION, & WASHINGTON  )   SCHEDULING ORDER
GROUP INTERNATIONAL, INC., )
     Defendants            )
                           )
       v.                  )
                           )
DUKE/FLUOR DANIEL,         )
     Third-Party Defendant )
```

The plaintiff and the defendants jointly move this Honorable Court to extend the deadlines established in the Court's Scheduling Order of February 21, 2006, as follows:

   1)   Responses, answers and/or objections to all previously-served written discovery shall be served on or before the close of business on Friday, October 6, 2006.

   2)   All other set(s) of interrogatories and requests for production of documents must be served on or before the close of business on Tuesday, October 31, 2006; responses, answers and/or objections shall be served within the time provided by the Federal Rules.

   3)   Any additional amendments to pleadings shall be filed and served on or before the close of business on Friday, November 17, 2006.

   4)   All other non-expert discovery shall be filed and/or

served on or before the close of business on Wednesday, February 28, 2007 and completed on or before the close of business on Friday, March 30, 2007.

    5)   The plaintiff shall serve a full and complete expert report on or before the close of business on Monday, April 30, 2007; the defendants shall serve full and complete expert reports on or before the close of business on Thursday, May 31, 2007.

    6)   Expert depositions shall be completed on or before the close of business on Friday, July 13, 2007.

    7)   Counsel shall report for a Status Conference at a time to be determined by the Court between March 30 and April 30, 2007.

In support of their Motion, the parties state the following:

    1)   The plaintiff has retained new counsel who filed his appearance on September 19, 2006, and who is in the process of obtaining and reviewing the complete file of this action. Counsel is aware of the plaintiff's outstanding discovery obligations and of a pending motion to compel responses to discovery requests but does not yet have all of the information required with which to respond to the discovery requests.

    2)   Motions to Dismiss the Third Party Defendant are pending before this Court and are scheduled for Hearing on October 4, 2006.

    3)   An additional third-party defendant, Raytheon

Corporation, was served on September 18, 2006 by the defendant, S.G. Marino Crane Service Corporation, with the notice required by the Local Rules that the defendant intends to seek leave to add it as a party. A motion to implead Raytheon will be filed upon the expiration of the notice period.

 4) The plaintiff intends to move for leave to amend his Complaint to file direct claims against the third party defendants once those defendants' status in this action is determined by the Court.

 5) The discovery deadline will expire on September 29, 2006. Several other deadlines have expired, including those for amending the pleadings and for conducting written discovery.

 6) Although the motion was filed timely, the period for amending pleadings expired before this Court approved the defendant, S.G. Marino Crane Service Corporation's Motion to implead the current third-party defendant, Duke/Fluor Daniel.

 7) The defendant, Washington Group International, Inc., scheduled the deposition of the plaintiff for Friday, September 22, 2006, to comply with the current schedule. However, it would not be an efficient use of resources and would prejudice the plaintiff to depose the plaintiff before all of the defendants and third-party defendants have been impleaded and/or have been determined to be proper parties to this action. Further, plaintiff's counsel had a conflict on that day with two

depositions which long have been scheduled in a multi-party civil rights action which already has been scheduled for trial before Judge Young.

8) Notwithstanding the parties' efforts to comply with the current Scheduling Order, the parties will be unable to do so. Moreover, unless the Order is amended, the parties will be unable to bring all proper parties before this Court to ensure the just and efficient resolution of this action.

Therefore, the plaintiff and the defendants jointly request that this Court amend the Scheduling Order.

                                                 The Plaintiff,
Scott McDonald,
By his Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617)  227-1848
September 27, 2006

| The Defendant, | The Defendant, |
| S.G. Marino Crane | Washington Group |
| Service Corporation, | International, Inc., |
| By its Attorney, | By its Attorney, |

/s/ Thomas M. Franco      /s/ Michael P. Johnson
THOMAS M. FRANCO (BBO# 550596) ANTHONY M. CAMPO (BBO# 552093)
LONG & LEAHY                 MICHAEL P. JOHNSON (BBO# 641827)
100 Summer Street            BOYLE, MORRISSEY & CAMPO, P.C.
11th Floor                    25 Stuart Street
Boston, MA 02110             Suite 300
(617) 439-4777                Boston, MA 02116
                                  (617) 451-2000