UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10161-NG

SCOTT MCDONALD,
    Plaintiff

v.

S.G. MARINO CRANE SERVICE
CORPORATION AND WASHINGTON
GROUP INTERNATIONAL, INC.,
    Defendants

### NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes the undersigned and hereby withdraws his appearance on behalf of the Plaintiff, Scott McDonald.

Dated: 4-25-06

By his Attorney

George F. Miller, Esquire
Law Office of George F. Miller
53 South Main Street
Randolph, MA 02368
781-986-0069
BBO# 555163