**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 15.1**

I, Thomas M. Franco, Attorney for the Defendant, S.G. Marino Crane Service Corporation, hereby certify that on the 18th day of September, 2006, I served a copy of the following document:

DEFENDANT S.G. MARINO CRANE SERVICE CORPORATION'S MOTION TO IMPLEAD A THIRD PARTY DEFENDANT, RAYTHEON COMPANY

together with a separate document stating the date on which the motion was to be filed, by mailing a copy of the same via first-class mail, postage prepaid, to the following:

Anthony M. Campo, Esq.  
Boyle, Morrissey & Campo, P.C.  
695 Atlantic Avenue  
Boston, MA 02111

Mr. William H. Swanson  
President, Raytheon Company  
780 Winter Street  
Waltham, MA 02451

George F. Miller, Esq.  
53 South Main Street  
Randolph, MA 02368

Andrew J. Tine, Esq.  
345 Thames Street, Suite 301  
Bristol, RI 02809

_____  
Thomas M. Franco, Esq.  
LONG & LEAHY  
100 Summer Street, 11th Floor  
Boston, MA 02110  
(617) 439-4777  
BBO#: 550596

DATE:  October 5, 2006

> I hereby certify that on October 6, 2006 a true copy of the above document was filed through the ECF system, was sent via certified mail, postage prepaid, to Mr. William H. Swanson, President, Raytheon Company, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).