UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, | )
| | )
| Plaintiff, | )
| | )
| v. | )
| | )
| S.G. MARINO CRANE SERVICE | )
| CORPORATION and WASHINGTON | )
| GROUP INTERNATIONAL, INC., | )
| | )
| Defendants. | )
| | )
| S.G. MARINO CRANE SERVICE | )
| CORPORATION, | )
| | )
| Third Party Plaintiff, | )
| | )
| v. | )
| | )
| Duke/Fluor Daniel | )
| | )
| Defendant. | )

### THIRD PARTY DEFENDANT DUKE/FLUOR DANIEL'S CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Third Party Defendant Duke/Fluor Daniel hereby consents to the exercise of jurisdiction by a United States Magistrate Judge.

Duke/Fluor Daniel
By its counsel,

Andrew J. Tine
BBO#633639
Law Offices of Andrew J. Tine
345 Thames Street, 301N
Bristol, RI 02809
401-396-9002
atine@tinelaw.com