# United States District Court
# District of Massachusetts

SCOTT MCDONALD,
    Plaintiff,

    V.                                  CIVIL ACTION 2005-10161-RBC

S.G. MARINO CRANE
    SERVICE CORP.,
WASHINGTON GROUP
    INTERNATIONAL, INC.,
    Defendants,

    V.

DUKE/FLUOR DANIEL,
    Third-Party Defendant.

## *ORDER ON MOTION OF THE DEFENDANT S G. MARINO CRANE SERVICE CORPORATION TO COMPEL PLAINTIFF SCOTT MCDONALD TO PRODUCE DOCUMENTS AND <u>TO ANSWER INTERROGATORIES (#31)</u>*

COLLINGS, U.S.M.J.

No opposition having been filed, it is ORDERED that the Motion of the Defendant S. G. Marino Crane Service Corporation to Compel Plaintiff Scott McDonald to Produce Documents and to Answer Interrogatories (#31) be, and the same hereby is, ALLOWED.  The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed. R. Civ. P., to serve full and complete answers to the interrogatories, to serve responses to the requests for production of documents, and to produce all documents responsive to said requests *on or before the close of business on Monday, January 22, 2007.*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed. R. Civ. P.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: January 3, 2007.