## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| S.G. MARINO CRANE SERVICE | ) |
| CORPORATION and WASHINGTON | ) |
| GROUP INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| S.G. MARINO CRANE SERVICE | ) |
| CORPORATION, | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE/FLUOR DANIEL and RAYTHEON | ) |
| COMPANY, | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) |

## THIRD PARTY DEFENDANT RAYTHEON COMPANY'S MOTION TO DISMISS THE AMENDED THIRD PARTY COMPLAINT

Third Party Defendant Raytheon Company ("Raytheon") hereby moves to dismiss the Amended Third Party Complaint (Docket Entry #47) because there is a enforceable forum selection clause in the agreement which forms the basis for Third Party Plaintiff S.G. Marino Crane Service's claims and because joining Raytheon to this action will destroy diversity, requiring remand to State Court. In support of this motion, Raytheon relies upon the attached memorandum of law.

Wherefore, Raytheon Company seeks dismissal of S.G. Marino Crane Service's

claims against it, asserted by way of the Amended Third Party Complaint.


Raytheon Company
By its counsel,

Andrew J. Tine
BBO#633639
Law Offices of Andrew J. Tine
345 Thames Street, 301N
Bristol, RI 02809
401-396-9002
atine@tinelaw.com

2