UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10161-RBC

| | |
|---|---|
| SCOTT McDONALD,           )<br>    Plaintiff               )<br>                             )<br>     v.                   )<br>                             )<br>S.G. MARINO CRANE SERVICE    )<br>CORPORATION, WASHINGTON      )<br>GROUP INTERNATIONAL, INC., )<br>    Defendants            )<br>                             )<br>     v.                   )<br>                             )<br>DUKE/FLUOR DANIEL, and      )<br>RAYTHEON COMPANY,            )<br>    Third-Party Defendants) | **PLAINTIFF'S OPPOSITION TO**<br>**THIRD-PARTY DEFENDANT,**<br>**RAYTHEON COMPANY'S**<br>**MOTION TO DISMISS THE**<br>**<u>AMENDED THIRD PARTY COMPLAINT</u>** |

Scott McDonald, the plaintiff, hereby opposes Third Party Defendant, Raytheon Company's Motion to Dismiss the Amended Third Party Complaint for the reasons stated in his Memorandum of law, filed herewith.

By his Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617)  227-1848
March 8, 2007

**CERTIFICATE OF SERVICE**

  I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| Thomas M. Franco, Esquire<br>Long & Leahy<br>100 Summer Street<br>11th Floor<br>Boston, MA 02110; | Anthony M. Campo, Esquire<br>Michael P. Johnson, Esquire<br>Boyle, Morrissey & Campo, P.C.<br>25 Stuart Street<br>Suite 300<br>Boston, MA 02116; and |

Andrew J. Tine, Esquire
Law Offices of Andrew J. Tine
345 Thames Street
Suite 301N
Bristol, RI  02809.

             /s/ Mark F. Itzkowitz
             MARK F. ITZKOWITZ (BBO #248130)

Dated:  March 8, 2007

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                  Civil Action No. 05-CV-10161-RBC

SCOTT McDONALD,              )
     Plaintiff              )
                             )
        v.                   )    **PLAINTIFF'S MEMORANDUM**
                             )    **IN OPPOSITION TO**
S.G. MARINO CRANE SERVICE    )    **THIRD-PARTY DEFENDANT,**
CORPORATION, WASHINGTON      )    **RAYTHEON COMPANY'S**
GROUP INTERNATIONAL, INC., ) **MOTION TO DISMISS THE**
     Defendants             )    **AMENDED THIRD PARTY COMPLAINT**
                             )
        v.                   )
                             )
DUKE/FLUOR DANIEL, and       )
RAYTHEON COMPANY,            )
     Third-Party Defendants)
```

**STATEMENT OF THE CASE**

Scott McDonald, the plaintiff, files the instant Opposition to address a flaw in the second argument asserted in support of Third Party Defendant, Raytheon Company's Motion to Dismiss the Amended Third Party Complaint. Raytheon argues that "Adding Raytheon Requires Remand" (Memorandum, p.4), implying that if the Court fails to grant its Motion to Dismiss, the Court will lose jurisdiction because diversity will be destroyed. In reality, Raytheon's argument does not support its motion to dismiss but rather is directed against the Plaintiff's Motion for Leave to Amend Complaint to Assert Direct Claims Against Third-Party Defendant and Presumptive Third-Party Defendant (Document #42), which has been heard but not acted upon yet by the Court.

**ARGUMENT**

Raytheon's argument is flawed.  In Footnote 1 to the Court's Memorandum and Order on Third-Party Defendant Duke/Fluor Daniel's Motion to Dismiss (#28) (February 5, 2007), the Court "allow[ed] the motion to implead Raytheon as a third-party defendant".  Pursuant to the Court's Electronic Order of the same date, defendant S.G. Marino Crane Service Corporation filed its Amended Third Party Complaint on March 6, 2007.  Raytheon is a party.

To the extent that Raytheon argues that adding it as a third-party defendant would destroy diversity, diversity already has been destroyed.  If adding Raytheon as a third-party defendant has not destroyed diversity, Raytheon no longer can be considered a presumptive third-party defendant but rather is a third-party defendant.  For the reasons set forth in the Plaintiff's Memorandum in Support of Plaintiff's Motion for Leave to Amend Complaint to Assert Direct Claims Against Third-Party Defendant and Presumptive Third-Party Defendant and in the Plaintiff's Memorandum in Reply to Opposition of Third-Party Defendant, Duke/Fluor Daniel, to Plaintiff's Motion for Leave to Amend Complaint to Assert Direct Claims Against Third-Party Defendant and Presumptive Third-Party Defendant, the plaintiff's motion for leave to amend should be granted and Raytheon should be added as a direct defendant as well as a third party defendant.  However the Court ultimately may rule on Raytheon's

Motion to Dismiss the Amended Third Party Complaint, the Court should allow the Plaintiff's Motion for Leave to Amend Complaint at the present time.

## CONCLUSION

For all of the above reasons, as well as for those set forth in Mr. McDonald's two previous Memoranda, the plaintiff respectfully requests this Court to grant him leave to amend his Complaint to assert direct claims against the third-party defendants.

By his Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617)  227-1848
March 8, 2007

## CERTIFICATE OF SERVICE

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| Thomas M. Franco, Esquire<br>Long & Leahy<br>100 Summer Street<br>11th Floor<br>Boston, MA 02110; | Anthony M. Campo, Esquire<br>Michael P. Johnson, Esquire<br>Boyle, Morrissey & Campo, P.C.<br>25 Stuart Street<br>Suite 300<br>Boston, MA 02116; and |

Andrew J. Tine, Esquire
Law Offices of Andrew J. Tine
345 Thames Street
Suite 301N
Bristol, RI   02809.

                                           /s/ Mark F. Itzkowitz
                                          MARK F. ITZKOWITZ (BBO #248130)

Dated:  March 8, 2007