# United States District Court
# District of Massachusetts

SCOTT McDONALD,
    Plaintiff,

v.                                                        CIVIL ACTION NO. 05-10161-RBC

S.G. MARINO CRANE SERVICE
    CORPORATION,
WASHINGTON GROUP INTERNATIONAL, INC.,
    Defendants,

S.G. MARINO CRANE SERVICE
    CORPORATION,
        Third-Party Plaintiff,

v.

DUKE/FLUOR DANIEL,
RAYTHEON CORPORATION,
        Third-Party Defendants.

## *SEPARATE AND FINAL JUDGMENT ON THIRD-PARTY COMPLAINTS AGAINST DUKE/FLUOR DANIEL AND RAYTHEON CORPORATION PURSUANT TO RULE 54(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings presiding, on the Third-Party Defendants' Motions to Dismiss (##28 & 48). Upon allowance of the motions in an order (#46) dated February 5, 2007 and an electronic order dated March 9, 2007,

IT IS ORDERED AND ADJUDGED:

> The Third-Party Complaints (##21 & 47) are DISMISSED without prejudice to bringing the claims contained therein in the proper forum.

No costs.

There is no just reason for delaying the entry of judgment with respect to these claims since they must be brought in the forum to which the parties agreed. The Court expressly directs the entry of separate judgment dismissing without prejudice the claims contained in the two Third-Party Complaints (## 21 & 47).

SARAH ALLISON THORNTON,
CLERK OF COURT

By: *Kathleen M. Dolan*
Kathleen M. Dolan, Deputy Clerk

Dated at Boston, Massachusetts this 29th day of March, 2007.