```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                         Civil Action No. 05-CV-10161-RBC

SCOTT McDONALD,              )
     Plaintiff               )
                             )
     v.                      )  **AFFIDAVIT OF LONG ARM**
                             )  **SERVICE OF PROCESS**
S.G. MARINO CRANE SERVICE    )
CORPORATION, WASHINGTON      )
GROUP INTERNATIONAL, INC.,   )
DUKE/FLUOR DANIEL, and       )
RAYTHEON COMPANY,            )
     Defendants              )
```

    1.   My name is Mark F. Itzkowitz.  I am an attorney licensed to practice law in the Commonwealth of Massachusetts, the State of New York, the federal District Courts of Massachusetts and the Eastern, Northern and Southern Districts of New York, and the U.S. Courts of Appeals for the First and Second Circuits.  I am the attorney for the plaintiff herein.

    2.   On April 23, 2007, in accordance with Fed. R. Civ. P. 4(e)(1) and 4(h)(1) and M.G.L. c. 223A, §3 and §6, I made service upon the out-of-state defendant, Duke/Fluor Daniel, by serving a corporate officer, an agent authorized by appointment or by law to receive service of process, with copies of the Summons and Amended Complaint and Jury Trial Demand in the above-entitled action by certified mail, return receipt requested, which was received by the defendant on April 27, 2007.

    3.   Hereto annexed are copies of the cover letter and return receipt, and the original Summons.

Signed under the pains and penalties of perjury this 30th day of April, 2007.

                                          _____
                                          MARK F. ITZKOWITZ
                                          BBO #248130

**CERTIFICATE OF SERVICE**

     I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

| | |
|---|---|
| Thomas M. Franco, Esquire<br>Long & Leahy<br>100 Summer Street<br>11th Floor<br>Boston, MA 02110; | Anthony M. Campo, Esquire<br>Michael P. Johnson, Esquire<br>Boyle, Morrissey & Campo, P.C.<br>25 Stuart Street<br>Suite 300<br>Boston, MA 02116; and |

Andrew J. Tine, Esquire
Law Offices of Andrew J. Tine
345 Thames Street
Suite 301N
Bristol, RI  02809.

                                        /s/ Mark F. Itzkowitz
                                        MARK F. ITZKOWITZ (BBO #248130)

Dated:  April 30, 2007

# Mark F. Itzkowitz
*Attorney at Law*

85 Devonshire Street  
Suite 1000  
Boston, Massachusetts 02109-3504

Telephone: (617) 227-1848  
Facsimile: (617) 742-9130  
*Also Admitted In New York*

April 23, 2007

**CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**

Duke/Fluor Daniel  
400 South Trynon Street  
Charlotte, NC   28285  
Attention:  Corporate Officer

     *Re:*  *Scott McDonald v. S.G. Marino Crane Service Corporation, et. als.*  
          *U.S.D.C. Civil Action No. 05-CV-10161-RBC*

Dear Sir/Madam:

    Pursuant to M.G.L. c. 223A, §3 and §6, and Fed. R. Civ. P. 4(e)(1) and (h)(1), enclosed please find the following documents in the above-entitled action in which you have been named as a party defendant:

    1.    Summons; and

    2.    Amended Complaint and Jury Trial Demand.

    Service is hereby made upon you in accordance with the Massachusetts Long Arm Statute and the Federal Rules of Civil Procedure.

                                      Very truly yours,

                                      Mark F. Itzkowitz

MFI:el  
enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.16 |

Postmark Here

Sent To: Duke/Fluor Daniel
Street, Apt. No.; or PO Box No.: 400 South Trynon Street
City, State, ZIP+4: Charlotte, NC 28285
Attention: Corporate Officer

PS Form 3800, June 2002        See Reverse for Instructions

7005 3110 0002 3190 3690

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Duke/Fluor Daniel
   400 South Trynon Street
   Charlotte, NC  28285
   Attention: Corporate Officer

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  2/2/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7005 3110 0002 3190 3690

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540