AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 27, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| Mark F. Itzkowitz, Esquire | Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Long-Arm Service of Process by mail upon corporate officer, pursuant to Fed. R. Civ. P. 4(e)(1) and 4(h)(1) and M.G.L. c. 223A, §3 and §6, as set forth in Affidavit of Long Arm Service of Process filed herewith.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __April 30, 2007__
Date

Signature of Server
85 Devonshire Street, Suite 1000
Boston, MA 02109-3504
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS _____

SCOTT McDONALD,
    Plaintiff

          V.

S.G. MARINO CRANE SERVICE CORPORATION,
WASHINGTON GROUP INTERNATIONAL, INC.,
DUKE/FLUOR DANIEL, and RAYTHEON COMPANY,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05-CV-10161-RBC

TO: (Name and address of defendant)   DUKE/FLUOR DANIEL
    400 South Trynon Street, Charlotte, NC 28285

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    MARK F. ITZKOWITZ, ESQUIRE
    85 Devonshire Street
    Suite 1000
    Boston, MA   02109-3504

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   Sarah Allison Thornton

DATE   4/20/07

(BY) DEPUTY CLERK   Noreen A Russo