UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 05-10161-RBC

| | |
|---|---|
| SCOTT MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| S.G. MARINO CRANE SERVICE | ) |
| CORPORATION, WASHINGTON | ) |
| GROUP INTERNATIONAL, INC., | ) |
| and RAYTHEON COMPANY, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT RAYTHEON COMPANY'S MOTION FOR REMAND

NOW COMES Defendant, Raytheon Company (hereinafter "Raytheon"), and hereby moves this Honorable Court for remand of this action to State Court because the addition of Raytheon to this matter as a party defendant destroys diversity, the basis of removal of this action. Raytheon submits herewith a memorandum of law in support of this motion.

WHEREFORE, Defendant, Raytheon Company, prays that this Honorable Court remand this matter to State Court.

Raytheon Company
By its counsel,

Andrew J. Tine
BBO#633639
Law Offices of Andrew J. Tine
251 Thames Street
Bristol, RI 02809
401-396-9002
atine@tinelaw.com

1