UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10161-RBC

| | |
|---|---|
| SCOTT McDONALD,            )<br>    Plaintiff                )<br>                             )<br>    v.                       )<br>                             )<br>S.G. MARINO CRANE SERVICE  )<br>CORPORATION, WASHINGTON    )<br>GROUP INTERNATIONAL, INC., )<br>DUKE/FLUOR DANIEL, and     )<br>RAYTHEON COMPANY,          )<br>    Defendants               ) | **PLAINTIFF'S ASSENT TO**<br>**DEFENDANT RAYTHEON COMPANY'S**<br>**MOTION FOR REMAND** |

Scott McDonald, the plaintiff, assents to and joins in seeking the relief sought in Defendant Raytheon Company's Motion for Remand to the Norfolk Superior Court for the reasons stated in the Plaintiff's Memorandum in Reply to Opposition of Third-Party Defendant, Duke/Fluor Daniel, to Plaintiff's Motion for Leave to Amend Complaint to Assert Direct Claims Against Third-Party Defendant and Presumptive Third-Party Defendant (Document No. 44), and acknowledged by the Court at the Hearing of January 31, 2007 at which said Motion was addressed, as reflected in the Electronic Clerk's Notes for the proceedings held that day.

By his Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617)  227-1848
July 2, 2007

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by serving it electronically to registered ECF participants and/or by mailing/faxing/hand-delivering a copy of same to non-registered ECF participants as indicated on the Notice of Electronic Filing ("NEF"), upon the following counsel of record:

Thomas M. Franco, Esquire  
Long & Leahy  
100 Summer Street  
11th Floor  
Boston, MA 02110;

Anthony M. Campo, Esquire  
Michael P. Johnson, Esquire  
Boyle, Morrissey & Campo, P.C.  
25 Stuart Street  
Suite 300  
Boston, MA 02116; and

Andrew J. Tine, Esquire  
Law Offices of Andrew J. Tine  
345 Thames Street  
Suite 301N  
Bristol, RI   02809.

                                        /s/ Mark F. Itzkowitz  
                                      MARK F. ITZKOWITZ (BBO #248130)

Dated:  July 2, 2007