# United States District Court
# District of Massachusetts

SCOTT MCDONALD,
    Plaintiff,

v.                                CIVIL ACTION NO. 05-10161-RBC[1]

S.G. MARINO CRANE SERVICE
    CORPORATION,
WASHINGTON GROUP
    INTERNATIONAL, INC.,
DUKE/FLUOR DANIEL,
RAYTHEON CORPORATION,
    Defendants.

## *JUDGMENT OF REMAND*

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. In accordance with the allowance of Defendant Raytheon Company's Motion for Remand (#59) on July 16, 2007,

    IT IS ORDERED AND ADJUDGED:

        JUDGMENT REMANDING this case to the Superior Court of the

---

[1] This case has been referred and reassigned to the undersigned for all purposes including trial and the entry of judgment pursuant to 28 U.S.C. §636(c).

Commonwealth of Massachusetts, Norfolk County, pursuant to Title 28, U.S.C., Sec. 1447(e).

No costs.

The Clerk shall take the necessary steps to effectuate the remand.

        SARAH ALLISON THORNTON
        Clerk of Court

    By: /s/ Kathleen Dolan
        Kathleen Dolan
        Deputy Clerk

Dated at Boston, Massachusetts
this 17th day of July, 2007.